|  |  |
|---|---|
| MARCUS ALLEN JESKE, | Case No.: 1:25-cv-00994-JLT-SKO (HC) |
| Petitioner, | ORDER REGARDING PETITIONER'S MOTION FOR SANCTIONS |
| v. |  |
| EDWARD BORLA, | ORDER DIRECTING RESPONDENT TO SERVE COPY OF MOTION TO DISMISS (Doc. 15) ON PETITIONER |
| Respondent. |  |
|  | [45-DAY EXTENSION] |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

Petitioner is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed his petition in the United States District Court for the Northern District of California on May 9, 2025. (Doc. 1.)  On August 11, 2025, the matter was transferred to the Eastern District and received in this Court. (Doc. 6.) On October 10, 2025, Respondent filed a motion to dismiss the petition as untimely.  (Doc. 15.)  On October 22, 2025, Petitioner filed a traverse.  (Doc. 17.)

On November 18, 2025, Petitioner filed the instant motion for sanctions and leave to file supplemental traverse. (Doc. 17.) On the same date, the Court issued Findings and Recommendations to grant the motion to dismiss. (Doc. 18.)

1

Petitioner states he did not receive the motion to dismiss that was filed by Respondent on October 10, 2025, and requests that Respondent be sanctioned. It is unclear why Petitioner did not receive a copy, but there is no evidence that Respondent intentionally failed to serve Petitioner. Thus, the request for sanctions will be denied. However, Petitioner did not have an opportunity to rebut the motion to dismiss. The Court issued Findings and Recommendations to grant the motion at the same time he filed his motion for leave to file a supplemental brief.

In light of the foregoing, the Court will direct Respondent to serve Petitioner with a copy of the motion to dismiss, and Petitioner will be granted an extension of time to file objections. Petitioner may make any argument rebutting the motion in support of his objections. Petitioner may request additional time to respond if necessary.

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) Respondent is DIRECTED to serve a copy of the motion to dismiss (Doc. 15) on Petitioner within seven (7) days;
2) Petitioner's request for sanctions is DENIED; and
3) Petitioner is granted forty-five (45) days from the date of service of this order to file objections.

IT IS SO ORDERED.

Dated:  **November 19, 2025**          /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE

2