# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS ALLEN JESKE,<br><br>          Petitioner,<br><br>     v.<br><br>EDWARD BORLA,<br><br>          Respondent. | Case No.: 1:25-cv-00994-JLT-SKO (HC)<br><br>ORDER DIRECTING RESPONDENT TO FILE REPLY TO OBJECTIONS OR WITHDRAW MOTION TO DISMISS<br><br>ORDER STAYING FINDINGS AND RECOMMENDATIONS<br><br>[21-DAY DEADLINE] |

Petitioner is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant habeas petition on May 9, 2025. (Doc. 1.) On October 10, 2025, Respondent filed a motion to dismiss the petition as untimely. (Doc. 15.) On October 22, 2025, Petitioner filed a traverse. (Doc. 17.)

On November 18, 2025, Petitioner filed a motion for sanctions and leave to file supplemental traverse. (Doc. 18.) On the same date, the Court issued Findings and Recommendations to grant the motion to dismiss. (Doc. 19.)

In his motion for sanctions and leave to file supplemental traverse, Petitioner stated he had not received Respondent's motion to dismiss and therefore was denied the opportunity to oppose the motion. On November 19, 2025, the Court acknowledged Petitioner's complaint and directed

1

Respondent to serve a copy of the motion to dismiss on Petitioner. (Doc. 20.) Because Petitioner had not been able to oppose the motion prior to the issuance of the Findings and Recommendations, he was directed to present his arguments in opposition to Respondent's motion to dismiss in his objections.

On December 12, 2025, Petitioner filed objections. (Doc. 21.) He expresses frustration because he was initially denied the opportunity to oppose Respondent's motion to dismiss. He believes this alone should cause the motion to be denied.

Petitioner has been given the opportunity to oppose the motion by presenting his arguments in his objections, and in fact, he has done so. Thus, he was not denied the opportunity to oppose the motion. He is in the same position as if he had filed an opposition to the motion. The Court will direct Respondent to either file a reply to the objections or withdraw the motion, the same as what would have occurred if Petitioner had filed an opposition. The Court will then consider the motion, opposition (as presented in the objections), and reply; the Court will then issue supplemental Findings and Recommendations.

**ORDER**

For the foregoing reasons, IT IS HEREBY ORDERED:

1) Within twenty-one (21) days, Respondent is DIRECTED to either 1) file a reply to the objections; or 2) withdraw the motion to dismiss.

2) The Findings and Recommendations issued on November 19, 2025, (Doc. 19), are STAYED pending Respondent's reply. Upon the filing of Respondent's reply, the Court will file a supplemental Findings and Recommendations to grant or deny Respondent's motion to dismiss.

IT IS SO ORDERED.

Dated:   **December 16, 2025**           /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE