**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCUS ALLEN JESKE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>EDWARD BORLA,<br><br>　　　　　Respondent. | Case No.: 1:25-cv-00994-JLT-SKO (HC)<br><br>ORDER DENYING PETITIONER'S MOTION FOR RELIEF FOR FAILURE TO COMPLY WITH COURT ORDER AND GRANTING EXTENSION OF TIME<br><br>[Doc. 25]<br><br>[30-DAY OBJECTION DEADLINE] |

Petitioner is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On December 16, 2025, the Court directed Respondent to file a reply to the objections or withdraw the motion to dismiss. (Doc. 22.) On January 6, 2026, Respondent filed a reply. (Doc. 23.) On January 21, 2026, the Court issued a Findings and Recommendation to grant the motion to dismiss. (Doc. 24.) The parties were granted twenty-one (21) days to file objections.

On January 26, 2026, Petitioner filed a motion for relief for Respondent's non-compliance with a court order. (Doc. 25.) Petitioner contends Respondent did not file a reply as ordered by the Court and requests dismissal of the motion. Petitioner's motion will be denied because Respondent did in fact timely file a reply. It is unclear why Petitioner did not receive the reply and may be due to mail delay at his institution. In any case, Petitioner has not been prejudiced by the omission. As the Court

1

stated in the order directing Respondent to file a reply, a supplemental Findings and Recommendation would be issued following Respondent's submission of a reply or motion to withdraw. (Doc. 22.) Those Findings and Recommendations have now issued. (Doc. 24.)

The Court notes that mail delays may have also caused a delay in Petitioner's receipt of the Findings and Recommendations. Therefore, the Court will grant an additional thirty (30) days to file objections.

## ORDER

For the foregoing reasons, IT IS HEREBY ORDERED:

1)  Petitioner's motion for relief for non-compliance (Doc. 25) is DENIED; and

2)  The Court grants an extension of time of thirty (30) days from the date of this Order to file objections to the Findings and Recommendations.

IT IS SO ORDERED.

Dated:    **January 28, 2026**                    /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE